# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

August 14, 2018

Sentencing adjourned to 10/11/18 at 4 pm. No further adjournments.

SO ORDERED.

*Cathy Seibel* (signature)

CATHY SEIBEL, U.S.D.J.

Honorable Cathy Siebel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

8/15/18

Re: **United States v. Frank Natiello**
**11 CR 365 (CS)**

Dear Judge Siebel:

    Although this matter has been pending sentence for some time we still need some additional material and the final PSR to move forward to sentence. For these reasons and with the consent of the government, we respectfully request the matter be adjourned to a date in mid-October for sentence.

Respectfully,

/S/ Lee Ginsberg
Lee Ginsberg

cc: All counsel