# FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| \_\_\_\_\_ | \_\_\_\_\_ |
| | \_\_\_ |
| NADJIA LIMANI | (212) 608-0808 |
| OF COUNSEL | TELECOPIER (212) 962-9696 |
| | E-MAIL: FNGLAW@AOL.COM |
| \_\_\_\_\_ | WWW.FNGLAW.COM |
| CHARLENE RAMOS | |
| OFFICE MANAGER | |

March 30, 2020

BY ELECTRONIC MAIL
Warden Derek Edge
MDC Brooklyn
80 29th Street
Brooklyn, NY
By email to: *Bro/ExecAssistant@bop.gov*

Re:   Request for Release to Home Confinement

Dear Warden Edge:

Please accept this request for release to home confinement for Frank Natiello, Reg. No. 11516-052 pursuant to 18 U.S.C. §3624. Given the extraordinary and compelling circumstances created by the ongoing coronavirus pandemic, Mr. Natiello is not able to make this request himself.

According the Bureau of Prisons Inmate Locator website, Mr. Natiello currently has a projected release date of July 5, 2020. 18 U.SC. §3624 authorizes the Bureau of Prisons to "place a prisoner in home confinement for the shorter of 10 percent of the term of imprisonment of that prisoner or 6 months. The Bureau of Prisons shall, to the extent practicable, place prisoners with lower risk levels and lower needs on home confinement for the maximum amount of time permitted under this paragraph." Because Mr. Natiello only has approximately three months and one week left remaining on his sentence, the BOP is vested with the authority to release him on home confinement.

Mr. Natiello suffers from asthma and high blood pressure, which places him at significantly greater risk of contracting and/or suffering acutely from COVID-19, according to the Centers for Disease Control.[1] He was being treated for his asthma by Dr. Inna Shifrin in Brooklyn, New York and his blood pressure was being monitored while he was in the Goshen County Jail earlier this

---

[1] *If You Are at Higher Risk*, Centers for Disease Control and Prevention, https://tinyurl.com/vtbebzc; *see also Report of the WHO-China Joint Mission on Coronavirus Disease (COVID-19),* https://www.who.int/docs/default-source/coronaviruse/who-china-joint-mission-on-covid-19-final-report.pdf at 12.

1

year. Mr. Natiello's risk is heightened by the particular circumstances at MDC, which presents an ideal situation for COVID-19 to spread. There is already one confirmed positive inmate, and several other inmates are being monitored for symptoms. Mr. Natiello cannot practice regular hand hygiene and cannot effectively socially distance himself from other inmates as the CDC cautions every person in the United States to do to stop COVID-19's spread. If released on home confinement, Mr. Natiello can return to his home in Brooklyn where he resided prior to his date of self-surrender.

      Please inform me of your decision on this request as soon as you can. Thank you for your consideration of this request.

Sincerely,

/s/ Lee A. Ginsberg

_____

Lee A. Ginsberg

cc: AUSA Nicholas Bradley
    Nicole McFarland, Esq.